In the Matter of FRANK C. MOORE, as Comptroller of the State of New York, on Behalf of the New York State Employees' Retirement System, Respondent, against VILLAGE OF DEPEW et al., Appellants.

Argued April 12, 1946; decided May 29, 1946.

*Harold P. Kelly* and *George Clinton, Jr.,* for appellants.
*Nathaniel L. Goldstein, Attorney-General* (*Henry S. Manley* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.